UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-8611-MWF(PVCx)** Date: August 17, 2026

Title ***Luis Rodolfo Ramirez Munoz v. Arjo, Inc., et al.***

---

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Notice of Removal was filed on August 4, 2026. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 81(c)(2), the time to respond to the Complaint expired on August 11, 2026.

The Court **ORDERS** Defendant Arjo, Inc. to **SHOW CAUSE** why the Clerk of Court should not enter default, and why the Court should not then permit Plaintiff to pursue a motion for default judgment. In response to this Order to Show Cause, the Court will accept the following no later than **AUGUST 27, 2026**.

- ■ BY DEFENDANT: RESPONSE TO THE COMPLAINT. The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **August 27, 2026**, will result in the entry of default as to Defendant Arjo, Inc.

IT IS SO ORDERED.